

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 8, 2020

> The requested extension is granted. Defendant's motion for judgment on the pleadings shall be filed by 7/14/2020. Plaintiff's response shall be filed by 9/14/2020. Defendant's reply, if any, shall be filed by 10/5/2020. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.
>
> SO ORDERED
>
> Dated: 6/8/2020
>
> *[signature]*
> DEBRA FREEMAN
> United States Magistrate Judge

By ECF

Honorable Debra Freeman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Zeneida v. Saul*, 20 Civ. 240 (GBD) (DCF)

Dear Judge Freeman:

    This Office represents the United States of America in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner of Social Security to deny plaintiff's application for benefits. I respectfully request a thirty-day extension of the Commissioner's deadline to move for judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, from June 15 to July 14, 2020.

    This is the Commissioner's first request for an extension of the briefing schedule. The extension is necessary because this Office has not yet completed its discussions with the Agency regarding defensibility of this matter, as well as the undersigned's obligations in other matters in the coming weeks. I telephoned the *pro se* plaintiff, to seek her consent to the requested relief, but an automated message advised that she is unable to receive calls at this time.

    Thank you for Your Honor's consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:    /s/ Joseph A. Pantoja
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel.: (212) 637-2785
Fax:  (212) 637-2750

cc: Santana Zeneida, *pro se* (by mail)