

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 13, 2020

> The requested extension is granted. Defendant's motion for judgment on the pleadings shall be filed by 9/14/2020. Plaintiff's response shall be filed by 11/13/2020. Defendant's reply, if any, shall be filed by 12/4/2020. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.
>
> Dated: 7/13/2020
> SO ORDERED
>
> *[signature]*
> DEBRA FREEMAN
> United States Magistrate Judge

<u>By ECF</u>

Honorable Debra Freeman
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Zeneida v. Saul*, 20 Civ. 240 (GBD) (DCF)

Dear Judge Freeman:

    This Office represents the United States of America in the above-referenced action pursuant to 42 U.S.C. § 405(g) (the "Act"), challenging a decision by the Commissioner of Social Security to deny plaintiff's application for benefits. I respectfully request a sixty-day extension of the Commissioner's deadline to move for judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, from July 14 to September 14, 2020.

    This is the Commissioner's second request for an extension of the briefing schedule. On or about July 1, I mailed to the *pro se* plaintiff, Ms. Zeneida, a letter in which the Commissioner offered to vacate the underling Administrative Law Judge's decision and stipulate to a remand of this matter to the Agency for further proceedings pursuant to the fourth sentence of the Act. I also attached a proposed Stipulation and Order. The extension is necessary to provide a sufficient opportunity for the parties to resolve this matter without Court involvement, particularly as Ms. Zeneida may need assistance in reviewing the documents that I sent her. I spoke with Ms. Zeneida by telephone today, and she consents to the requested relief.

    Thank you for Your Honor's consideration of this request.

                    Respectfully,

                    AUDREY STRAUSS
                    Acting United States Attorney

        By:      /s/ Joseph A. Pantoja
                JOSEPH A. PANTOJA
                Assistant United States Attorney
                Tel.: (212) 637-2785
                Fax: (212) 637-2750

cc: Santana Zeneida, *pro se* (by mail)